**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

THOMAS AND BETTS POWER SOLUTIONS, LLC, d/b/a JT PACKARD & ASSOCIATES,

Plaintiff,

vs.

S.R. BRAY LLC, d/b/a POWERPLUS!, James NOLDEN, Sandy SCHIELE, Chris BLODGETT, Jim UHALT, Scott BOWMAN, Patricia EPSTEIN, Michele MARTIN, Shane WOLFRAM, Jennifer WINGERT, Sarah SULLIVAN, Kristi RUE, Samantha MOYES, John ROIDT and Ben WAIT,

Defendants.

Court File No. 10-cv-00213

**PLAINTIFF'S MOTION TO FILE SECOND SUPPLEMENTAL DECLARATION OF THOMAS WARD UNDER SEAL**

---

Plaintiff Thomas & Betts Power Solutions, LLC, d/b/a JT Packard & Associates ("JT Packard"), hereby moves the Court for an Order allowing the Second Supplemental Declaration of Thomas Ward to be filed under seal.

Mr. Ward's Second Supplemental Declaration contains confidential and trade secret information regarding JT Packard's business. Although Defendants already have access to this information through their wrongful conduct, JT Packard seeks to seal this declaration, and its exhibits, in order to maintain the confidentiality of this information from others, in light of its requests for injunctive relief against Defendants.

Accordingly, JT Packard respectfully requests that the Court grant its motion to seal the Second Supplemental Affidavit of Thomas Ward, filed concurrently herewith.

Dated: May 11, 2010.

s/ George R. Wood
George R. Wood (SBN: 1073122)
Noah G. Lipschultz (MN SBN 0387308)
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR PLAINTIFF**

Firmwide:95410424.1 052857.1007