IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS & BETTS POWER
SOLUTIONS, LLC d/b/a JT PACKARD

    Plaintiffs,

v.                     Case No.  10-CV-213

S.R. BRAY LLC d/b/a POWERPLUS!,
JAMES NOLDEN, SANDY SCHIELE, CHRIS
BLODGETT, JIM UHALT, SCOTT
BOWMAN, PATRICIA EPSTEIN, MICHELE
MARTIN, SHANE WOLFRAM, JENNIFER
WINGERT, SARAH SULLIVAN, KRISTI RUE,
SAMANTHA MOYES, JOHN ROIDT, and
BEN WAIT,

    Defendants.

**STIPULATION REGARDING THE FILING OF THIRD AMENDED COMPLAINT**

  The parties, by their undersigned counsel, stipulate, subject to the Court's approval, that:

  1.  Plaintiff has represented that it desires to file a third amended complaint and will do so no later than June 14, 2010;

  2.  Defendants consent to and stipulate that Plaintiff may file a third amended complaint no later than June 14, 2010, reserving any objections and defenses to its content once it is on file; and

  3.  Defendants need not respond to Plaintiff's Second Amended Complaint [Dkt. 15] and shall have up and through July 14, 2010 to answer or otherwise plead to Plaintiff's

third amended complaint.

| | |
|---|---|
| June 3, 2010 | STEPTOE & JOHNSON LLP |
| | |
| | *s/ Richard G. Reinis* |
| | 2121 Avenue of the Stars, Suite 2800 |
| | Los Angeles, California  90067-5052 |
| | Telephone:  (310) 734-3200 |
| | Facsimile:   (310) 734-3300 |
| | rreinis@steptoe.com |
| | redelson@steptoe.com |
| | *Attorneys for Defendant* |
| | *S.R. BRAY L.L.C.* |
| | |
| June 3, 2010 | LITLER MENDELSON, P.C. |
| | |
| | *s/ George R. Wood* |
| | LITTLER MENDELSON, P.C. |
| | 1300 IDS Center |
| | 80 South 8th Street |
| | Minneapolis, Minnesota 55402-2136 |
| | Telephone: (612) 630-1000 |
| | Facsimile: (612) 630-9626 |
| | gwood@littler.com |
| | *Attorneys for Plaintiff Thomas & Betts Power Solutions, LLC d/b/a JT PACKARD* |
| | |
| June 3, 2010 | KRAVIT HOVEL & KRAWCZYK S.C. |
| | |
| | *s/ Mark M. Lerner* |
| | KRAVIT HOVEL & KRAWCZYK S.C. |
| | 825 North Jefferson Street |
| | Milwaukee, Wisconsin 53202-3737 |
| | Telephone: (414) 271-7100 |
| | Facsimile: (414) 271-8135 |
| | leitner@kravitlaw.com |
| | goode@kravitlaw.com |
| | *Attorneys for Defendants James Nolden, Sandy Schiele, Chris Blodgett, Jim Uhalt, Scott Bowman, Patricia Epstein, Michele Martin, Shane Wolfram, Jennifer Wingert, Sarah Sullivan, Kristi Rue, Samantha Moyes, Benjamin Wofford Wait, IV, and John Roidt* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2010, I caused to be served the below document(s) on all counsel of record by ecf filing said documents through the Court's ecf system for electronic filing. All parties have been registered and therefore no one is required to receive a copy by any other means.

**STIPULATION REGARDING THE FILING OF THIRD AMENDED COMPLAINT; ORDER ON STIPULATION REGARDING THE FILING OF THIRD AMENDED COMPLAINT**

                                      s/ Maria Rodriguez
                                      Maria Rodriguez

Firmwide:95712197.1 052857.1007