IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS & BETTS POWER
SOLUTIONS, LLC d/b/a JT PACKARD

Plaintiffs,

v.                                                                                                  Case No. 10-CV-213

S.R. BRAY LLC d/b/a POWERPLUS!
SANDY SCHIELE and BEN WAIT,

Defendants.

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties, by their respective attorneys, as follows:

1. The Court will retain jurisdiction for the enforcement of the parties' April 14, 2011 Settlement Agreement, provided that such retention of jurisdiction shall not affect the parties' obligations to mediate and arbitrate disputes set forth in that Settlement Agreement.

2. The above-entitled action may be dismissed, with prejudice and without costs or fees to either party.

Dated this 15th day of April, 2011.

| LITTLER MENDELSON, P.C. | STEPTOE & JOHNSON LLP |
|---|---|
| *s/ George R. Wood* | *s/ Richard G. Reinis* |
| George R. Wood | Richard G. Reinis |
| Noah G. Lipschultz | Rebecca J. Edelson |
| 1300 IDS Center | 2121 Avenue of the Stars, Suite 2800 |
| 80 South 8th Street | Los Angeles, California  90067 |
| Minneapolis, Minnesota  55402-2136 | (310) 734-3242 |
| (612) 630-1000 | (310) 734-3300 (Facsimile) |
| (612) 630-9626 (Facsimile) | rreinis@steptoe.com |
| gwood@littler.com | redelson@steptoe.com |
| nlipschultz@littler.com | |

*Attorneys for the Plaintiffs*

KRAVIT HOVEL & KRAWCZYK S.C.

*s/ Mark M. Leitner*
Mark M. Leitner
Joseph S. Goode
825 North Jefferson Street
Milwaukee, Wisconsin 53202-3737
Telephone: (414) 271-7100
Facsimile:  (414) 271-8135
leitner@kravitlaw.com
goode@kravitlaw.com
*Attorneys for Defendants Sandy Schiele and Ben Wait*

## ORDER

Upon the forgoing stipulation, IT IS SO ORDERED this 19th day of April, 2011.

BY THE COURT:

_____
Honorable William M. Conley